COURTNEY J. LINN (SBN 148855)
clinn@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone:  (916) 329-7992
Facsimile:   (916) 329-4900

Attorneys for Defendants Mytel International, Inc. and Gilbert N. Michaels

TERRY W. BIRD (SBN 49038)
twb@birdmarella.com
ARIEL A. NEUMAN (SBN 241594)
aan@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant Jerry P. Feldman

(Additional counsel listed on the following page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MYTEL INTERNATIONAL, INC., et al.,<br><br>　　　　　Defendants. | Case No. 87-07259 GHK (SSx)<br><br>**DEFENDANTS' MICHAELS AND FELDMAN'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER POSTPONING THEIR DEPOSITIONS AND RESPONSES TO THE FTC'S REQUESTS FOR PRODUCTION**<br><br>Date:  September 1, 2015, 10:00 AM<br>Discovery Cutoff:  November 5, 2015<br>Pretrial Conference:  TBD<br>Trial:  TBD<br>Hon. Suzanne H. Segal |

1  THOMAS S. McCONVILLE (SBN 155905)
   tmcconville@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   2050 Main Street, Suite 1100
3  Irvine, CA 92614-8255
   Telephone:  (949) 567-6700
4  Facsimile:   (949) 567-6710

5  WARRINGTON S. PARKER III (SBN 148003)
   wparker@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
7  San Francisco, CA 94105-2669
   Telephone:  (415) 773-5740
8  Facsimile:   (415) 773-5759

9  Attorneys for Defendants Mytel International,
   Inc. and Gilbert N. Michaels
10

11

12

...

**TO PLAINTIFF FEDERAL TRADE COMMISSION AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on September 1, 2015, at 10:00 a.m. or as soon thereafter as they may be heard, Defendants Gilbert N. Michaels and Jerry P. Feldman, will and do hereby move for a protective order postponing their depositions and their responses to the FTC's Requests for Production ("RFPs") #1-19 and 21 until the conclusion of criminal proceedings brought by the Orange County District Attorney's office ("OCDA") and the Huntington Beach Police Department ("HBPD").

The Motion is based on this Notice and the accompanying Joint Stipulation, declarations, oral argument at the hearing, the file and records of this action, and any other matter that the Court deems appropriate. This motion is made following a conference of counsel pursuant to L.R. 37-1, on July 27, 2015.

| | |
|---|---|
| 1 | Dated: August 11, 2015 |

        COURTNEY J. LINN
        THOMAS S. McCONVILLE
        WARRINGTON S. PARKER III
        Orrick, Herrington & Sutcliffe LLP

        By:      /s/ Warrington S. Parker III
              WARRINGTON S. PARKER III
        Attorneys for Defendants Mytel International,
        Inc. and Gilbert Michaels

        TERRY W. BIRD
        ARIEL A. NEUMAN
        Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Lincenberg, P.C.

        By:      /s/ Ariel A. Neuman
              ARIEL A. NEUMAN
        Attorneys for Defendant
        Jerry P. Feldman

        (As authorized by Counsel on August 4, 2015)